IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Pillowtex Corporation, et al., | ) | Case No. 03-12339 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **RE: Docket No. 2908** |

## NOTICE OF APPEAL

Wellman, Inc., and American & Efird, Inc., creditors of the estates in this case, hereby appeal under 28 U.S.C. § 158(a) and Fed. R. Bankr. P. 8001 from the Bankruptcy Court's Order Approving Settlement Agreement and Release of Claims with Stein Fibers Ltd. (the "Order") entered on May 16, 2007, in the above-captioned cases.  The Order granted the Debtors' motion for approval of a settlement of preference claims against Stein Fibers Ltd.

The names of all parties to the Order and the names, addresses, telephone numbers, and email addresses of their respective attorneys are as follows:

1.  Wellman, Inc.

Bradford J. Sandler, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, Delaware  19801
Telephone:  302-442-7010
bsandler@bfca.com

and

David M. Grogan, Esquire
Shumaker, Loop & Kendrick, LLP
128 South Tryon Street, Suite 1800
Charlotte, North Carolina  28202
Telephone:  704-375-0057
dgrogan@slk-law.com

2. American & Efird, Inc.

Bradford J. Sandler, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, Delaware  19801
Telephone:  302-442-7010
bsandler@bfca.com

and

David M. Grogan, Esquire
Shumaker, Loop & Kendrick, LLP
128 South Tryon Street, Suite 1800
Charlotte, North Carolina  28202
Telephone:  704-375-0057
Facsimile:  704-332-1197
dgrogan@slk-law.com

3. Pillowtex Corporation and the other Debtors

Gilbert R. Saydah, Jr., Esq.
Morris, Nichols, Arsht & Tunnell LLP
Post Office Box 1347
Wilmington, Delaware  19899-1347
Telephone:  302-658-9200
GSaydah@MNAT.com

and

Richard F. Hahn, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022
Telephone:  212-909-6000
rhahn@debevoise.com

4. Stein Fibers Ltd.

Francis Monaco, Jr., Esq.
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Telephone: 302-656-8162
fmonaco@monlaw.com

Dated this 29th day of May 2007.

        BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

        /s/ Bradford J. Sandler
        Bradford J. Sandler, Esquire (No. 4142)
        222 Delaware Avenue, Suite 801
        Wilmington, Delaware 19801
        Telephone: 302-442-7010
        Facsimile: 302-442-7012

        -and-

        David M. Grogan, Esquire (N.C. Bar No. 19570)
        SHUMAKER, LOOP & KENDRICK, LLP
        128 South Tryon Street, Suite 1800
        Charlotte, North Carolina 28202
        Telephone: 704-375-0057
        Facsimile: 704-332-1197

        Attorneys for Wellman, Inc., and American & Efird, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Jointly Administered<br>) Case No. 03-12339(PJW) |
| PILLOWTEX CORPORATION, et al.,[1] | )<br>) Chapter 11 |
| Debtors. | )<br>) Re: D.I. 2879 |

## ORDER APPROVING SETTLEMENT AGREEMENT
## AND RELEASE OF CLAIMS WITH STEIN FIBERS LTD

Upon consideration of the Debtors' Motion Pursuant To Rule 9019 of the Federal Rules of Bankruptcy Procedure To Approve Settlement Agreement and Release of Claims with Stein Fibers Ltd. (the "Motion"); and due and adequate notice of the Motion having been given under the circumstances; and all parties in interest having been heard or having had the opportunity to be heard; and it appearing that the relief requested is in the best interests of the Debtors' estates and their creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. Capitalized terms not defined herein shall have the meanings set forth in the Motion.

3. The Settlement Agreement is APPROVED and the Debtors are authorized to consummate the transactions contemplated therein.

4. The Debtors and the Debtors' claims, noticing and balloting agent, Logan & Company and the Clerk of this Court are authorized and directed to take all actions necessary or appropriate to give effect to this Order including without limitation reflecting the reduction of Claim 220 to a non-priority general unsecured claim in the amount of $601,271.35 and the withdrawal Claim 221.

---

[1] In addition to Pillowtex Corporation, the other debtors are Beacon Manufacturing Company, Encee, Inc., FC Online, Inc., FCC Canada, Inc., FCI Corporate LLC, FCI Operations LLC, Fieldcrest Cannon Financing, Inc., Fieldcrest Cannon Licensing, Inc., Fieldcrest Cannon Transportation, Inc., Fieldcrest Cannon, Inc., The Leshner Corporation, Opelika Industries, Inc., PTEX Holding Company, PTEX, Inc. and Tennessee Woolen Mills, Inc.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: May 16, 2007
Wilmington, Delaware

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of Court  
David D. Bird

824 Market Street  
Wilmington, DE 19801  
(302) 252-2900

**Date:** 6/25/07

To: U.S. District Court  
    District of Delaware  
    U.S. Courthouse - 844 King Street  
    Wilmington, DE 19801

**Re: Pillowtex 03-10339**

    Enclosed is the bankruptcy Record on **Appeal #BAP 07-66** Please acknowledge receipt on the copy provided.

Enclosed Items:  
Notice of Appeal:   BAP 07-66   docket #2925  
Appealable Order(s):   docket #2908  
Statement of Issues on Appeal:   docket(s) #2954, 2957  
Appellants Designations:   docket #2954, 2957  
Appellee Designations:   docket #2985

                                                    Sincerely,  
                                                    Betsy Magnuson  
                                                    Deputy Clerk

__X__ Filing fee paid on __5/29/07_____  
_____ Filing fee not paid

I hereby acknowledge receipt of the above record on appeal this _____ day of _____, 2005.

By: _____   C.A. No.: ____  
    Deputy Clerk, U.S. District Court

## TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

**Bankruptcy Case Number: 03-12339 PJW**
Deputy Clerk Transferring Case: Betsy Magnuson (302) 252-2900 ext 5114
Appeal #: BAP-07-66

**Order, Docket #2908   Entered 5/16/07**

| | |
|---|---|
| **Debtors:** | **Pillowtex Corporation** |
| **Counsel:** | Gilbert H Sudell Jr. |
| | Morris Nichols Arsht & Tunnell |
| | 1201 N. Market St. |
| | Wilmington, DE 19899 |
| **Telephone:** | (302) 658-9200 |

| | |
|---|---|
| **Appellant:** | **Wellman Inc. And American & Efird, Inc.** |
| **Counsel:** | Bradford J Sandler Esq |
| | Benesch, Friedlander, Coplan & Aronoff LLP |
| | 222 Delaware Avenue Suite 801 |
| | Wilmington, DE 19801 |
| **Telephone:** | (302) 442-7010 |

| | |
|---|---|
| **Appellee:** | **Pillowtex Corporation** |
| **Counsel:** | Gilbert H Sudell Jr. |
| **Telephone:** | (302) 658-9200 |