UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:
In re: PILLOWTEX CORPORATION, et al.,   :
:
        Debtors.   : Case No. 07-cv-00411 (CSS)
:
--------------------------------------------------------- : Jointly Administered Chapter 11
Wellman Inc. and American & Efird Inc.,   : Bankruptcy Case No. 03-12339 (PJW)
        Appellants,   :
v.   : Related Docket Item: 6
:
Pillowtex Corporation , et al.,   :
        Appellees.   :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JOINDER OF STEIN FIBERS, LTD. TO RESPONSE OF JOHN WAHOSKI, AS LIQUIDATING TRUSTEE, INOPPOSITION TO MOTION FILED BY APPELLANTS, WELLMAN, INC. AND AMERICAN & EFIRD, INC., SEEKING THE ENTRY OF AN ORDER GRANTING RELIEF FROM THE STANDING ORDER DATED JULY 23, 2004 RE: PROCEDURES TO GOVERN MEDIATION OF APPEALS FROM THE UNITED STATES BANKRUPTCY COURT FOR THIS DISTRICT**

      Stein Fibers, Ltd. ("Stein"), by and through its counsel, Joseph J. Bodnar, hereby joins in the Response Of John Wahoski, As Liquidating Trustee, Inopposition To Motion Filed By Appellants, Wellman, Inc. And American & Efird, Inc., Seeking The Entry Of An Order Granting Relief From The Standing Order Dated July 23, 2004 Re: Procedures To Govern Mediation Of Appeals From The United States Bankruptcy Court For This District.

      Appellants objected to the settlement between the Pillowtex Corporation and its affiliated debtors and debtors in possession in the above – captioned cases (collectively, the"Debtors"), and Stein. They alleged that the Debtors treated Stein, a member of the Official Committee of Unsecured Creditors the ("Committee"), more favorably than other preference defendants. The

Debtors did not treat Stein any differently.  And Appellants' Objection and this appeal appear to have been merely an attempt to gain settlement leverage in their pending preference cases.

 WHEREFORE, Stein Fibers, Inc. respectfully requests that the entry of any orders approving the Motion be consistent with this Joinder.

Dated: October 13, 2007

                LAW OFFICES OF JOSEPH J. BODNAR

By:   /s/ JOSEPH J.BODNAR
     Joseph J. Bodnar (#2512)
     2101 N. Harrison Street
     Wilmington, DE 19802
     Tel: 302-652-5506
     Fax: 320-213-2709
     Email: jbodnar@bodnarlaw.net

     Attorneys for Stein Fibers, Ltd.

**CERTIFICATE OF SERVICE**

  I hereby certify that I am over 18 years of age and not a party to this case, and on October 13, 2007, a copy of the foregoing JOINDER, was filed and caused to be served by email in accordance with the Local Rules for the electronic filings of documents using the CM/ECF system.

                /s/ JOSEPH J.BODNAR
                Joseph J. Bodnar (#2512)

100080

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:
In re: PILLOWTEX CORPORATION, et al.,                    :
:
             Debtors.                                      :   Case No. 07-cv-00411 (CSS)
:
-----------------------------------------------------------    :   Jointly Administered Chapter 11
Wellman Inc. and American & Efird Inc.,                   :   Bankruptcy Case No. 03-12339 (PJW)
             Appellants,                                   :
v.                                                        :   Related Docket Item: 6
:
Pillowtex Corporation , et al.,                           :
             Appellees.                                    :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- x

**JOINDER OF STEIN FIBERS, LTD. TO RESPONSE OF JOHN WAHOSKI, AS LIQUIDATING TRUSTEE, INOPPOSITION TO MOTION FILED BY APPELLANTS, WELLMAN, INC. AND AMERICAN & EFIRD, INC., SEEKING THE ENTRY OF AN ORDER GRANTING RELIEF FROM THE STANDING ORDER DATED JULY 23, 2004 RE: PROCEDURES TO GOVERN MEDIATION OF APPEALS FROM THE UNITED STATES BANKRUPTCY COURT FOR THIS DISTRICT**

Stein Fibers, Ltd. ("Stein"), by and through its counsel, Joseph J. Bodnar, hereby joins in the Response Of John Wahoski, As Liquidating Trustee, Inopposition To Motion Filed By Appellants, Wellman, Inc. And American & Efird, Inc., Seeking The Entry Of An Order Granting Relief From The Standing Order Dated July 23, 2004 Re: Procedures To Govern Mediation Of Appeals From The United States Bankruptcy Court For This District.

Appellants objected to the settlement between the Pillowtex Corporation and its affiliated debtors and debtors in possession in the above – captioned cases  (collectively, the"Debtors"), and Stein.  They alleged that the Debtors treated Stein, a member of the Official Committee of Unsecured Creditors the ("Committee"), more favorably than other preference defendants.  The

Debtors did not treat Stein any differently.  And Appellants' Objection and this appeal appear to have been merely an attempt to gain settlement leverage in their pending preference cases.

    WHEREFORE, Stein Fibers, Inc. respectfully requests that the entry of any orders approving the Motion be consistent with this Joinder.

Dated: October 13, 2007

                                     LAW OFFICES OF JOSEPH J. BODNAR

By:      /s/ JOSEPH J.BODNAR
           Joseph J. Bodnar (#2512)
           2101 N. Harrison Street
           Wilmington, DE 19802
           Tel: 302-652-5506
           Fax: 320-213-2709
           Email: jbodnar@bodnarlaw.net

Attorneys for Stein Fibers, Ltd.

**CERTIFICATE OF SERVICE**

      I hereby certify that I am over 18 years of age and not a party to this case, and on October 13, 2007, a copy of the foregoing JOINDER, was filed and caused to be served by email in accordance with the Local Rules for the electronic filings of documents using the CM/ECF system.

                                          /s/ JOSEPH J.BODNAR
                                          Joseph J. Bodnar (#2512)