UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| PILLOWTEX CORPORATION, *et al.*, | ) | Bankruptcy Case No. 03-12339-PJW |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) |  |
| WELLMAN, INC., and AMERICAN & EFIRD, INC., | ) | Civil Action No. 07-cv-00411-GMS |
| Appellants, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| PILLOWTEX CORPORATION, *et al.*, | ) |  |
|  | ) |  |
| Appellees. | ) |  |

### WITHDRAWAL OF AMERICAN & EFIRD, INC., FROM APPEAL

American & Efird, Inc., one of the Appellants herein, hereby withdraws from this appeal.

Dated this 10th day of June, 2008.

                BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

                /s/ Bradford J. Sandler
                Bradford J. Sandler, Esquire (No. 4142)
                222 Delaware Avenue, Suite 801
                Wilmington, Delaware 19801
                Telephone: 302-442-7007
                Facsimile: 302-442-7012

                      -and-

                David M. Grogan, Esquire
                SHUMAKER, LOOP & KENDRICK, LLP
                128 South Tryon Street, Suite 1800
                Charlotte, North Carolina 28202
                Telephone: 704-375-0057
                Facsimile: 704-332-1197

                Attorneys for American & Efird, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | |
| ) | |
| Pillowtex Corporation, <u>et al.</u>, ) | |
| ) | |
| Debtors. ) | |
| _____ | |
| Wellman, Inc. and American & Efird, ) | Civil Action No. 07-411 GMS |
| Inc. ) | |
| ) | |
| Appellants ) | |
| ) | |
| v ) | |
| ) | |
| Pillowtex Corporation, et al., ) | |
| ) | |
| Appellees ) | |

**CERTIFICATION OF SERVICE**

     I, BRADFORD J. SANDLER, ESQUIRE, hereby certify that on June 10, 2008, I caused to be served a true and correct copy of the foregoing **Withdrawal of American & Efird, Inc. From Appeal** via Hand delivery, electronic delivery and/or first class mail upon:

| | |
|---|---|
| Gilbert R. Saydah, Jr., Esq. | Michael E. Wiles, Esq. |
| Morris, Nichols, Arsht & Tunnell LLP | Richard F. Hahn, Esq. |
| | Debevoise & Plimpton LLP |
| Post Office Box 1347 | 919 Third Avenue |
| Wilmington, Delaware 19899-1347 | New York, New York 10022 |

     Benesch Friedlander Coplan & Aronoff, LLP

     <u>Bradford J. Sandler</u>
     Bradford J. Sandler, Esquire (No. 4142)
     222 Delaware Ave., Suite 801
     Wilmington, DE 19801
     302-442-7010 (telephone)
     302-442-7012 (facsimile)
     bsandler@bfca.com

     Attorney for American & Efird, Inc.