**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PILLOWTEX CORPORATION, <u>et al.</u>,[1] | ) ) ) | Bankruptcy Case No. 03-12339 (PJW) Jointly Administered |
| Debtors. | ) ) | |
| Wellman Inc. and American & Efird Inc., | ) ) ) | |
| Appellants | ) ) | Case No. 07-cv-00411 (GMS) |
| v. | ) ) | |
| Pillowtex Corporation, <u>et</u> <u>al.</u>, | ) ) | |
| Appellees | ) ) | |

**NOTICE OF SUBSTITUION OF COUNSEL**

**PLEASE TAKE NOTICE** that Thomas J. Driscoll, III of Morris, Nichols, Arsht & Tunnell is substituted for Gilbert Richard Saydah, Jr. of Morris, Nichols, Arsht & Tunnell as Counsel for Appellees Pillowtex Corporation, *et. al*. and Morris, Nichols, Arsht & Tunnell continues to represent Appellees Pillowtex Corporation, *et. al*. in this matter.

---

[1] In addition to Pillowtex Corporation, the other debtors were Beacon Manufacturing Company, Encee, Inc., FC Online, Inc., FCC Canada, Inc., FCI Corporate LLC, FCI Operations LLC, Fieldcrest Cannon Financing, Inc., Fieldcrest Cannon Licensing, Inc., Fieldcrest Cannon Transportation, Inc., Fieldcrest Cannon, Inc., The Leshner Corporation, Opelika Industries, Inc., PTEX Holding Company, PTEX, Inc. and Tennessee Woolen Mills, Inc.

Dated: June 11, 2008
      Wilmington, Delaware

                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                            */s/ Thomas F. Driscoll*
                            William H. Sudell, Jr. (No. 463)
                            Thomas F. Driscoll, III (No. 4703)
                            1201 North Market Street
                            Wilmington, Delaware 19801
                            Telephone: (302) 658-9200

                                  - and -

                            DEBEVOISE & PLIMPTON LLP
                            Michael E. Wiles
                            Richard F. Hahn
                            919 Third Avenue
                            New York, New York 10022
                            Telephone: (212) 909-6000

                            Counsel for the Liquidating Trustee

2363236.1

# CERTIFICATE OF SERVICE

I, Thomas F. Driscoll, III., hereby certify that I am not less than 18 years of age, and that the foregoing **Notice Of Substitution of Counsel** was caused to be made on June 11, 2008, in the manner indicated upon the entities identified below.

Dated: June 11, 2008                                                  */s/ Thomas F. Driscoll*
                                                                                Thomas F. Driscoll, III (No. 4703)


**VIA HAND DELIVERY**

Bradford J. Sandler, Esq.
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE  19801


**VIA FIRST CLASS MAIL**

David M. Grogan, Esq.
Shumaker Loop & Kendrick, LLP
128 South Tryon Street, Suite 1800
Charlotte, NC  28202